# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS F. WEST AND DIANA M. WEST,<br><br>　　Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 6:15-cv-00058-KEW<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT BANK OF AMERICA, N.A.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Defendant Bank of America, N.A. ("BANA"), by and through its undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and hereby provides the following disclosures:

1. Bank of America, N.A. is 100% owned by BANA Holding Corp., which is 100% owned by BAC North America Holding Company.

2. BAC North America Holding Company is 100% owned by NB Holdings Corp., which is in turn 100% owned by Bank of America Corp., whose shares are publicly traded.

3. No public company has an ownership interest of 10% or more in Bank of America, N.A.

1

4. Bank of America Corporation does not have any parent corporations and no publicly-held company has an ownership interest of 10% or more in Bank of America Corporation.

DATED this the 11th day of February, 2015.

>*/s/   Sean C. Wagner*
>Sean C. Wagner (OBA No. 31254)
>BRADLEY ARANT BOULT CUMMINGS LLP
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, AL 35203-2119
>Phone: (205) 521-8403
>Fax: (205) 488-6403
>swagner@babc.com
>*ATTORNEY FOR DEFENDANT BANK OF AMERICA, N.A.*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 11, 2015, I electronically submitted the foregoing document to the Clerk of the Court and that a copy of the foregoing was served upon the following via U.S. First Class Mail, postage pre-paid:

Thomas F. West
Diana M. West
P.O. Box 228
Vian, Oklahoma 74962
*Pro Se Plaintiffs*

                                        /s/   Sean C. Wagner
                                        OF COUNSEL